[No. 6780-7-III. Division Three. July 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
JOSE TAMEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84-1-00407-5, Howard Hettinger, J., entered October 8, 1984. *Remanded* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 7454-4-III. Division Three. July 22, 1986.]

RODNEY D. STRAND, *Appellant,* v. PAUL P. PANGRAZI, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 85-2-00124-1, Jo Anne Alumbaugh, J., entered June 4, 1985. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 7820-1-II. Division Two. July 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS JONES, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 84-1-00002-1, Herbert E. Wieland, J., entered June 1, 1984. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7791-4-II. Division Two. July 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY LEE LUND, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84-1-00072-1, Alan R. Hallowell, J., entered May 11, 1984. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.